RALPH B. WATTLEY and Others, Stockholders in NATIONAL DRUG STORES CORPORATION, on Behalf of Themselves and All Other Stockholders Similarly Situated and on Behalf of the Said NATIONAL DRUG STORES CORPORATION, Respondents, v. NATIONAL DRUG STORES CORPORATION and Others, Impleaded with Others, Appellants.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ELIZABETH SEVERIN, Appellant, v. ANNIE M. DEVERY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LOUIS COHEN, Respondent, v. ALFRED HOCHSTIN and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ALFRED G. ROWAN, Appellant, Respondent, v. EDWARD ROWAN, INC., Respondent, Appellant.— Order so far as appealed from by defendant reversed and motion to vacate notice of examination as to paragraphs 4, 5, 6 and 7 denied; and so far as appealed from by the plaintiff affirmed, with ten dollars costs and disbursements to the defendant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, and McAvoy, JJ.

FORDHAM AMUSEMENT CORPORATION, Appellant, v. WILLIAM REISS and Others, Respondents, Impleaded with KINGSBRIDGE AMUSEMENT CORPORATION, Appellant. — Order reversed, with ten dollars costs and disbursements to the appellants, and the motion granted. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SHAPIRO, BERNSTEIN & CO., INC., Appellant, v. M. WITMARK & SONS, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HYMAN ZUBRINSKY, Respondent, v. LOUIS ZUBRINSKY and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MAYER I. KLEIN, Appellant, v. RICHARD E. ENRIGHT, as Commissioner of Police of the Police Department of the City of New York, and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GEORGE V. DODD, Respondent, v. ALEX S. KRAMER, Defendant, Impleaded with AMERICAN DRUGGIST SYNDICATE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JULIUS STEIERMAN, Appellant, v. REGAL SHIRT CO., INC., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.